ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Law Corporation
Micah R. Jacobs          State Bar No. 174630
   Micah.Jacobs@aalrr.com
3 Harbor Drive, Suite 200
Sausalito, California 94965-1491
Telephone: (628) 234-6200
Fax: (628) 234-6899

Attorneys for Plaintiff Treehouse California Almonds
LLC, a California Limited Liability Company

Mandy L. Jeffcoach, Esq.
Paul R. Gaus, Esq.
WHITNEY THOMPSON & JEFFCOACH
970 W. Alluvial Avenue
Fresno, CA 93711
Telephone: (559) 753-2550
Facsimile: (559) 753-2560
E-Mail: mjeffcoach@wtjlaw.com
pgaus@wtjlaw.com

Attorneys for Defendant
Tram Bar Co-Packing LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Treehouse California Almonds LLC, a California Limited Liability Company,<br><br>          Plaintiff,<br><br>v.<br><br>Tram Bar Co-packing LLC, a Pennsylvania Limited Liability Company d/b/a The Original Snack Company,<br><br>          Defendant. | Case No.   1:24-CV-00992-JLT-SKO<br><br>**STIPULATION TO CONTINUE FACTUAL DISCOVERY, EXPERT DISCLOSURE AND NON-DISPOSITIVE MOTION DEADLINES; ORDER**<br><br>(Doc. 32)<br>Judge:  Judge Jennifer L. Thurston and Hon. Magistrate Judge Sheila K. Oberto<br><br>Complaint Filed:  July 17, 2024<br>Trial Date:  June 16, 2026 |

Plaintiff TREEHOUSE CALIFORNIA ALMONDS, LLC ("Plaintiff"), Defendant TRAM BAR CO-PACKING LLC ("Defendant")(Collectively as the "Parties") hereby, by and through their respective counsel of record, enter this stipulation and request the Court enter an order in accordance herewith:

**WHEREAS,** on May 6, 2025 the Court issued a Scheduling Order that set the trial date for June 16, 2026, and directed the Parties to disclose all expert witnesses on or before October 7, 2025 and to complete all non-expert discovery on or before September 30, 2025 and all non-dispositive pretrial motions (except motions to compel) by December 10, 2025, and heard on or before January 14, 2026.

**WHEREAS,** the Parties propose to continue the deadline for fact discovery to February 2026, and continue expert disclosure deadlines to March 2026, and non-dispositive motion deadlines to April 2026, to give parties enough time to address fact discovery and attend a Settlement Conference, without incurring additional costs and fees in association with expert discovery and trial preparation costs.

**WHEREAS,** the factual discovery, expert discovery and non-dispositive motion cut offs are currently six to nine months before trial, the Parties request additional time for completing factual discovery, expert discovery and non-dispositive motions until after participating in a Settlement Conference in the near term.

**WHEREAS,** the Parties propose February 3, 2026 as the deadline to complete all factual discovery, March 3, 2026 as the deadline to complete disclosure of all expert witnesses, April 7, 2026 as the deadline to complete all non-dispositive pre-trial motions, and April 14, 2026 as the deadline to complete all dispositive motions

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, and the Parties respectfully request this Court, to order the following:

Continue the deadline to complete all factual discovery to February 3, 2026, continue the deadline to complete disclosure of all expert witnesses to March 3, 2026,

---

**STIPULATION TO CONTINUE FACTUAL DISCOVERY, EXPERT DISCLOSURE AND NON-DISPOSITIVE MOTION DEADLINES; ORDER**

continue the deadline to complete all non-dispositive pre-trial motions to April 7, 2026, and continue the deadline to complete all dispositive motions to April 14, 2026.

**SO STIPULATED.**

Dated:                                    ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By:/S/ _____
Micah R. Jacobs
Attorneys for Plaintiff Treehouse California Almonds LLC, a California Limited Liability Company

Dated: October 6, 2025                    WHITNEY THOMPSON & JEFFCOACH p

By: _____
Paul Gaus
Mandy L. Jeffcoach
Attorneys for Defendant Tram Bar Co-Packing LLC

**ORDER**

BASED UPON THE STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING (Fed. R. Civ. P. 16(b)(4)), THE COURT ORDERS THE SCHEDULING ORDER (Doc. 29) MODIFIED AS FOLLOWS:

1. The deadline to complete all factual discovery is continued to February 3, 2026;

2. The deadline to disclose expert witnesses is continued to March 3, 2026;

3. The deadline to file non-dispositive motions is continued to April 7, 2026;

---

**STIPULATION TO CONTINUE FACTUAL DISCOVERY, EXPERT DISCLOSURE AND NON-DISPOSITIVE MOTION DEADLINES; ORDER**

4. The deadline to file dispositive motions is continued to April 14, 2026;

5. The Pretrial Conference is continued to August 17, 2026, at 1:30 p.m.; and

6. Trial is continued to October 14, 2026, at 8:30 a.m.[1]

IT IS SO ORDERED.

Dated:    **October 8, 2025**                    /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE

---

[1] The Pretrial Conference and Trial dates have been continued to allow sufficient time for the Court to rule on dispositive motions and for the parties to prepare for trial.

**STIPULATION TO CONTINUE FACTUAL DISCOVERY, EXPERT DISCLOSURE AND NON-DISPOSITIVE MOTION DEADLINES; ORDER**

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
3 HARBOR DRIVE, SUITE 200
SAUSALITO, CALIFORNIA 94965-1491
TELEPHONE: (628) 234-6200
FAX: (628) 234-6899