ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Law Corporation
Micah R. Jacobs       State Bar No. 174630
   Micah.Jacobs@aalrr.com
3 Harbor Drive, Suite 200
Sausalito, California 94965-1491
Telephone: (628) 234-6200
Fax: (628) 234-6899

Attorneys for Plaintiff Treehouse California Almonds LLC, a California Limited Liability Company

Mandy L. Jeffcoach, Esq.
Paul R. Gaus, Esq.
WHITNEY THOMPSON & JEFFCOACH
970 W. Alluvial Avenue
Fresno, CA 93711
Telephone: (559) 753-2550
Facsimile: (559) 753-2560
E-Mail: mjeffcoach@wtjlaw.com
pgaus@wtjlaw.com

Attorneys for Defendant
Tram Bar Co-Packing LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TULARE

| | |
|---|---|
| TREEHOUSE CALIFORNIA ALMONDS LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>TRAM BAR CO-PACKING LLC, a Pennsylvania Limited Liability Company d/b/a The Original Snack Company,<br><br>Defendant. | Case No.   1:24-cv-00992-JLT-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE FACTUAL DISCOVERY DEADLINE**<br><br>(Doc. 35) |

---

**STIPULATION AND ORDER TO CONTINUE FACTUAL DISCOVERY, EXPERT DISCLOSURE AND NON-DISPOSITIVE MOTION DEADLINES**

895.0 06440908.000 55689697.1/018339.00018

Plaintiff TREEHOUSE CALIFORNIA ALMONDS, LLC ("Plaintiff"), Defendant TRAM BAR CO-PACKING LLC ("Defendant")(Collectively as the "Parties") hereby, by and through their respective counsel of record, enter this stipulation and request the Court enter an order in accordance herewith:

**WHEREAS,** on October 8, 2025 the Court issued a Scheduling Order that set the deadline to complete all factual discovery on or before February 3, 2026, the deadline to disclose expert witnesses on or before March 3, 2026; the deadline to file non-dispositive motions on or before April 7, 2026; the deadline to file dispositive motions on or before April 14, 2026; set the Pretrial Conference to August 17, 2026, and set the Trial date to October 14, 2026.

**WHEREAS,** the Parties are actively engaged in written discovery before depositions, and believe for a variety of reasons it is necessary to continue the factual discovery deadline for two weeks to March 17, 2026, to give parties enough time to complete fact discovery after delays due to the holidays, winter storms, flooding, and power outages.

**NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE** to continue the deadline to complete all factual discovery for two weeks to March 17, 2026, and respectfully ask this Court to enter such an order.

**SO STIPULATED.**

Dated: January 9, 2026     ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: _____
Micah R. Jacobs
Attorneys for Plaintiff Treehouse California Almonds LLC, a California Limited Liability Company

---

**STIPULATION AND ORDER TO CONTINUE FACTUAL DISCOVERY, EXPERT DISCLOSURE AND NON-DISPOSITIVE MOTION DEADLINES**

895.0 06440908.000 55689697.1/018339.00018

Dated: January 9, 2026          WHITNEY THOMPSON & JEFFCOACH

By: _____
Paul Gaus
Mandy L. Jeffcoach
Attorneys for Defendant Tram Bar Co-Packing LLC

## ORDER

Having considered the parties' Joint Stipulation to Amend Scheduling Order ("Joint Stipulation"), (Doc. 35), and for good cause shown, it is hereby **ORDERED** that the fact deadline as set forth in the Scheduling Order, (Doc. 34), is **CONTINUED** to March 17, 2026. All other deadlines remain as set.

IT IS SO ORDERED.

Dated:   **January 9, 2026**              /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE